UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANETTE INJESKI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATURE'S PERSPECTIVE )<br>LANDSCAPING, INC., )<br>)<br>)<br>Defendant. ) | Case No.: 09-CV-3809<br>Judge Hibbler<br>Magistrate Judge Nolan |

## AGREED MOTION FOR STIPULATED JUDGMENT AND DISMISSAL

Plaintiff Nanette Injeski and Defendant Nature's Perspective Landscaping, Inc. (collectively, "the parties") hereby move for the entry of a stipulated judgment and dismissal of this case with prejudice. In support of this motion, the parties state as follows:

1. The parties have entered into an Agreement and General Release ("Agreement") that provides for the resolution of this action without further litigation. An executed copy of this Agreement is filed under seal as Exhibit A to this Motion.

2. The Agreement provides that, as a condition to resolving this action, the parties will "ask the Court to approve the parties' Agreement and General Release and enter a Stipulated Judgment against [Nature's Perspective Landscaping, Inc.] dismissing the remainder of the Lawsuit in its entirety, with prejudice and with each party to bear its own fees and costs."

3. A proposed Stipulated Judgment is attached as Exhibit B to this Motion and will also be submitted to the Court's e-mail address for proposed orders.

**WHEREFORE**, the parties hereby request that the Court:

a. Approve their Agreement as a just and fair resolution of this action;

b. Enter the attached Stipulated Judgment against Nature's Perspective Landscaping, Inc.; and

c. Dismiss this action, with prejudice and with each party to bear its own fees and costs.[1]

Dated: January 11, 2010

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| By: s/Miriam Geraghty (by agreement)<br>Miriam Geraghty | By: s/Nadine C. Abrahams<br>Nadine C. Abrahams |
| Miriam Geraghty<br>Kinoy, Taren & Geraghty, P.C.<br>224 South Michigan Ave., Suite 300<br>Chicago, IL 60604<br>(312) 663-5210 | Nadine C. Abrahams<br>Neil H. Dishman<br>Jackson Lewis LLP<br>150 North Michigan, Suite 2500<br>Chicago, Illinois 60601<br>(312) 787-4949 |

---

[1] This case previously included three other defendants – Thomas Klitzkie, Barbara Schwarz, and Richard Prinz. Those three defendants were earlier dismissed from the case with prejudice, pursuant to a stipulation under Rule 41. Accordingly, they are not parties to this Motion and should not be parties to the Stipulated Judgment.