UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANETTE INJESKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 09-CV-3809 |
| ) | Judge Hibbler |
| NATURE'S PERSPECTIVE ) | Magistrate Judge Nolan |
| LANDSCAPING, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATED JUDGMENT

On January 11, 2010, the parties filed an Agreed Motion for Stipulated Judgment and Dismissal, to which was attached an Agreement and General Release executed by the parties. The Court has scrutinized this Agreement and finds that it provides for a just and fair resolution of Plaintiff's claims against Defendant Nature's Perspective Landscaping, Inc.[1] Accordingly, the parties' Agreed Motion for a Stipulated Judgment and Dismissal is GRANTED, and it is hereby ORDERED that:

1. This Court has jurisdiction over the subject matter of this litigation, and over all parties to this litigation.

2. Judgment is entered against Defendant Nature's Perspective Landscaping, Inc. and in favor of Plaintiff Nanette Injeski in the amount(s) indicated in the Agreement and General Release referenced above; and

---

[1] This case previously included three other defendants – Thomas Klitzkie, Barbara Schwarz, and Richard Prinz. Those three defendants were earlier dismissed from the case with prejudice, pursuant to a stipulation under Rule 41. Accordingly, they are not parties to this Stipulated Judgment.

3. This action is DISMISSED with prejudice, each party to bear its own fees and costs.

Entered this _____ day of _____, 2010.

_____
The Honorable William J. Hibbler
U.S. District Judge